## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 68 WAL 2021
PETITONER :
:
:
: Petition for Allowance of Appeal
v. : from the Order of the Superior Court
:
:
CHAD LAMAR DREAKFORD, :
:
Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.